**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: **ERNIE ALFONZO LEE**           **CHAPTER 13 NO: 24-01198-JAW**
       **OLIVIA KNOX LEE**

**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS**

PLEASE TAKE NOTICE that the above-referenced Debtor(s) have made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above-styled and numbered bankruptcy proceeding.

Respectfully Submitted, this the **22nd** day of **April 2025.**

                         /s/Torri Parker Martin
                         Torri Parker Martin
                         Chapter 13 Trustee
                         200 North Congress St., Suite 400
                         Jackson, MS 39201
                         Tel: 601-981-9100
                         Fax: 601-981-1983