IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Ernie Alfonzo Lee                                              Case No. 24-01198-JAW
          Olivia Knox Lee, Debtors                                                     CHAPTER 13

## MOTION TO WAIVE THE REQUIREMENT TO OBTAIN INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

COMES NOW, Ernie Alfonzo Lee, Debtor and Olivia Knox Lee, Joint Debtor, through counsel and moves this Court to Waive the Requirement to Obtain Instructional Course Concerning Financial and in support thereof, would show the Court as follows:

1. Debtors commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Byron Poindexter signed the petition on behalf of Olivia Knox Lee as her next friend.

3. Olivia Knox Lee suffers from dementia and diminished mental capacity that inhibit her ability to understand her financial situation or manage her financial affairs. Counsel has reviewed an affidavit from Olivia's Doctor, Chloe Kilman, M.D., confirming Olivia's diagnosis and inability to participate effectively in decisions regarding her bankruptcy case.

4. On or about February 21, 2025 a Suggestion of Death was filed for Debtor Ernie Alfonzo Lee (dk # 63).

WHEREFORE, Debtors pray for an Order to Waive the requirement to obtain instructional course concerning financial management as to Debtor, Ernie Alfonzo Lee and Joint Debtor, Olivia Knox Lee and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case.  The date of said notice is reflected on the Docket.

          <u>/s/ Thomas C. Rollins, Jr.</u>
          Thomas C. Rollins, Jr. (MSBN 103469)