IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Ernie Alfonzo Lee                                            Case No. 24-01198-JAW
         Olivia Knox Lee, Debtors                                              CHAPTER 13

**ORDER ON MOTION FOR FINANCIAL MANAGEMENT COURSE EXEMPTION**

THIS CAUSE having come on this date on the Debtors' Motion to Waive the Requirement to Obtain Instructional Course Concerning Financial Management (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Waive the Requirement to Obtain Instructional Course Concerning Financial Management as to Debtor Ernie Alfonzo Lee and Joint Debtor Olivia Knox Lee is granted.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR