IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   Ernie Alfonzo Lee | Case No. 24-01198-JAW |
| Olivia Knox Lee, Debtors | CHAPTER 13 |

### ORDER ON MOTION TO WAIVE THE REQUIREMENT TO FILE A CERTIFICATION AND MOTION FOR ENTRY OF DISCHARGE

THIS CAUSE having come on this date on the Joint Debtors' Motion Waive the Requirement to File a Certification and Motion for Entry of Discharge as to Debtor Ernie Alfonso Lee only (DK # __), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Waive the Requirement to File a Certification and Motion for Entry of Discharge as to Debtor Ernie Alfonso Lee only is granted.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
ATTORNEY FOR DEBTOR