United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-01198-JAW
Ernie Alfonzo Lee  Chapter 13
Olivia Knox Lee
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: May 15, 2025      Form ID: hn002jaw      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ernie Alfonzo Lee, Olivia Knox Lee, 5027 Kay Brook Dr., Byram, MS 39272-9608 |
| cr | + | CitiMortgage, Inc., 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5390772 | + | Alphonso Wright, 5942 Westmore Drive, Jackson, MS 39206-2209 |
| 5375921 | + | Alphonzo Wright, 5942 Westmore Drive, Jackson, MS 39206-2209 |
| 5375924 | | Baptist Medical Group, P.O. Box 74533, Atlanta, GA 30384-5333 |
| 5375925 | | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pk, Richman, VA 23238 |
| 5392988 | + | CitiMortgage, Inc., Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5387911 | | Eileen N. Shaffer, Esq., for Alphonso Wright, Post Office Box 1177, Jackson, MS 39215-1177 |
| 5375928 | + | Quinn Healthcare, 768 N Avery Blvd, Ridgeland, MS 39157-5219 |
| 5375929 | + | River Oaks, PO Box 17235, Memphis, TN 38187-0235 |
| 5375931 | + | St Dominc, P.O. Box 321472, Flowood, MS 39232-1472 |
| 5399916 | | US Bank, et al, NewRez LLC DBA Shellpoint Mortgage Servi, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 5399917 | | US Bank, et al, NewRez LLC DBA Shellpoint,et al, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5390401 | | Email/PDF: bncnotices@becket-lee.com | May 15 2025 19:33:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5375922 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2025 19:33:22 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5375923 | ^ | MEBN | May 15 2025 19:28:27 | Baptist, P.O. Box 23090, Jackson, MS 39225-3090 |
| 5376994 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 15 2025 19:34:00 | CarMax Business Services, LLC, CarMax Auto Finance Attn: Bankruptcy Dep, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 5375926 | | Email/Text: correspondence@credit-control.com | May 15 2025 19:34:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 5375927 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 19:33:23 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5378394 | + | Email/Text: msecf@ms.creditorlawyers.com | May 15 2025 19:34:00 | Kimberly D. Putnam, Dean Morris, LLC, For CitiMortgage, Inc., 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5398649 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 19:33:22 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5375930 | + | Email/Text: mtgbk@shellpointmtg.com | May 15 2025 19:33:00 | Shellpoint Mortgage, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: hn002jaw | Total Noticed: 29 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5375932 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 19:33:22 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5375933 | | Email/Text: bankruptcynotices@trustmark.com | May 15 2025 19:33:00 | Trustmark National Ban, Pob 291, Jackson, MS 39205 |
| 5377569 | | Email/Text: bankruptcynotices@trustmark.com | May 15 2025 19:33:00 | Trustmark National Bank, P.O. Box 522, Jackson, MS 39205 |
| 5375934 | + | Email/Text: Bankruptcies@umc.edu | May 15 2025 19:34:00 | UMC, 2500 N State St, Jackson, MS 39216-4505 |
| 5388337 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 15 2025 19:44:34 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5375935 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 15 2025 19:44:36 | Wf Bank Na, Attn: Bankruptcy, Po Box 14517, Des Moines, IA 50306-3517 |
| 5375936 | + | Email/Text: arecf@wilson-assoc.com | May 15 2025 19:34:00 | Wilson & Associates, 1521 Merrill Dr, Ste D-220, Little Rock, AR 72211-1654 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Alphonso Wright |
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *P++ | TRUSTMARK NATIONAL BANK, P O BOX 1928, BRANDON MS 39043-1928, address filed with court:, TRUSTMARK NATIONAL BANK, P O BOX 522, JACKSON, MS 39205-0522 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | on behalf of Creditor Alphonso Wright eshaffer@eshaffer-law.com |
| Elizabeth Crowell Price | on behalf of Creditor CitiMortgage Inc. Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Olivia Knox Lee jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Ernie Alfonzo Lee jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: May 15, 2025 | Form ID: hn002jaw | Total Noticed: 29 |

Karen A. Maxcy
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Kimberly D. Putnam
    on behalf of Creditor CitiMortgage  Inc. kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Semoune L Ellis
    on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Olivia Knox Lee trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Ernie Alfonzo Lee trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11

Form hn002jaw (Rev. 07/21)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    Ernie Alfonzo Lee
    Olivia Knox Lee                                     **CASE NO. 24−01198−JAW**

              **DEBTORS.**                                             **CHAPTER 13**

**NOTICE OF HEARING AND DEADLINES**

      The Debtors have filed a Motion to Waive the Requirement to File a Certification and Motion for Entry of Discharge (the "Motion") (Dkt. #71) with the Court in the above−styled case.

      **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)

      The Court will hold an evidentiary hearing (the "Hearing") on June 9, 2025, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

      If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before June 5, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the Hearing date.

  Dated: 5/15/25                                                                   Danny L. Miller, Clerk of Court
                                                                                       U.S. Bankruptcy Court
                                                                                       Thad Cochran U.S. Courthouse
                                                                                       501 E. Court Street
                                                                                       Suite 2.300
                                                                                       Jackson, MS 39201
                                                                                      601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

<u>Parties Noticed</u>:

All Creditors and Parties Listed on the Mailing Matrix