**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **Ernie Alfonzo Lee** | **Case No. 24-01198-JAW** |
| | **Olivia Knox Lee, Debtors** | **Chapter 13** |

## JOINT DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

      cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed: /s/ Byron Poindexter as next friend for Olivia Knox Lee      05-14-2025
        Olivia Knox Lee      Date

      /s/ Thomas C. Rollins, Jr.      05-14-2025
      Thomas C. Rollins, Jr., MS Bar No. 103469      Date
      Attorney for the Debtors
      The Rollins Law Firm, PLLC
      P.O. Box 13767
      Jackson, MS 39236
      601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

On May 21, 2025 a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                        /s/ Thomas C. Rollins, Jr.,
                                        Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>  ERNIE ALFONZO LEE<br>  OLIVIA KNOX LEE | CASE NO: 24-01198<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/21/2025, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/21/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-01198 |
|---|---|
| ERNIE ALFONZO LEE<br>OLIVIA KNOX LEE | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 5/21/2025, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/21/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-01198<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE MAY 20 15-8-47 PST 2025 | CITIMORTGAGE INC<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430 | (P)TRUSTMARK NATIONAL BANK<br>P O BOX 1928<br>BRANDON MS 39043-1928 |
| ~~EXCLUDE~~<br>~~(U)US BANK TRUST NATIONAL ASSOCIATION~~<br>~~NOT IN I~~ | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ | ALPHONSO WRIGHT<br>5942 WESTMORE DRIVE<br>JACKSON MS 39206-2209 |
| ALPHONZO WRIGHT<br>5942 WESTMORE DRIVE<br>JACKSON MS 39206-2209 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540 |
| BAPTIST<br>PO BOX 23090<br>JACKSON MS 39225-3090 | BAPTIST MEDICAL GROUP<br>PO BOX 74533<br>ATLANTA GA 30384-5333 | CARMAX AUTO FINANCE<br>ATTN BANKRUPTCY<br>1200 TUCKAHOE CREEK PK<br>RICHMAN VA 23238 |
| (P)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS COURT SUITE 200<br>KENNESAW GA 30144-5938 | (P)CREDIT CONTROL LLC<br>ATTN CORRESPONDENCE<br>3300 RIDER TRAIL S<br>SUITE 500<br>EARTH CITY MO 63045-1338 | CITIMORTGAGE INC<br>CENLAR FSB<br>ATTN BK DEPT<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430 |
| CITIBANK<br>PO BOX 790040<br>ST LOUIS MO 63179-0040 | EILEEN N SHAFFER ESQ<br>FOR ALPHONSO WRIGHT<br>POST OFFICE BOX 1177<br>JACKSON MS 39215-1177 | KIMBERLY D PUTNAM<br>DEAN MORRIS LLC<br>FOR CITIMORTGAGE INC<br>1820 AVENUE OF AMERICA<br>MONROE LA 71201-4530 |
| QUINN HEALTHCARE<br>768 N AVERY BLVD<br>RIDGELAND MS 39157-5219 | RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | RIVER OAKS<br>PO BOX 17235<br>MEMPHIS TN 38187-0235 |
| SHELLPOINT MORTGAGE<br>ATTN BANKRUPTCY<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | ST DOMINC<br>PO BOX 321472<br>FLOWOOD MS 39232-1472 | SYNCBCARE CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965064<br>ORLANDO FL 32896-5064 |
| ~~EXCLUDE~~<br>~~(D)(P)TRUSTMARK NATIONAL BANK~~<br>~~P O BOX 1928~~<br>~~BRANDON MS 39043-1928~~ | ~~EXCLUDE~~<br>~~(D)(P)TRUSTMARK NATIONAL BANK~~<br>~~P O BOX 1928~~<br>~~BRANDON MS 39043-1928~~ | UMC<br>2500 N STATE ST<br>JACKSON MS 39216-4505 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

                                                                                EXCLUDE
US BANK  ET AL                     US BANK  ET AL                               UNITED STATES TRUSTEE
NEWREZ LLC DBA SHELLPOINT MORTGAGE NEWREZ LLC DBA SHELLPOINT ET AL              501 EAST COURT STREET
SERVI                              BANKRUPTCY DEPARTMENT                        SUITE 6-430
BANKRUPTCY DEPARTMENT              PO BOX 10826                                 JACKSON  MS 39201-5022
PO BOX 10826                       GREENVILLE  SC 29603-0826
GREENVILLE  SC 29603-0826



WELLS FARGO BANK  NA               WF BANK NA                                   WILSON  ASSOCIATES
PO BOX 10438  MAC F823502F         ATTN BANKRUPTCY                              1521 MERRILL DR
DES MOINES  IA 50306-0438          PO BOX 14517                                 STE D-220
                                   DES MOINES  IA 50306-3517                    LITTLE ROCK  AR 72211-1654



EXCLUDE                            DEBTOR
(U)ALPHONSO WRIGHT                 ERNIE ALFONZO LEE                            JENNIFER A CURRY CALVILLO
                                   5027 KAY BROOK DR                            THE ROLLINS LAW FIRM
                                   BYRAM  MS 39272-9608                         702 W PINE ST
                                                                                HATTIESBURG  MS 39401-3836



                                   EXCLUDE                                      EXCLUDE
OLIVIA KNOX LEE                    THOMAS CARL ROLLINS JR                       TORRI PARKER MARTIN
5027 KAY BROOK DR                  THE ROLLINS LAW FIRM  PLLC                   TORRI PARKER MARTIN  CHAPTER 13
BYRAM  MS 39272-9608               PO BOX 13767                                 BANKRUPT
                                   JACKSON  MS 39236-3767                       200 NORTH CONGRESS STREET  STE 400
                                                                                JACKSON  MS 39201-1902
```