United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-01198-JAW
Ernie Alfonzo Lee  Chapter 13
Olivia Knox Lee
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 2
Date Rcvd: Jun 06, 2025    Form ID: pdf012    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ernie Alfonzo Lee, Olivia Knox Lee, 5027 Kay Brook Dr., Byram, MS 39272-9608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 08, 2025      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | on behalf of Creditor Alphonso Wright eshaffer@eshaffer-law.com |
| Elizabeth Crowell Price | on behalf of Creditor CitiMortgage Inc. Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Ernie Alfonzo Lee jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Olivia Knox Lee jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Karen A. Maxcy | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 06, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Kimberly D. Putnam
    on behalf of Creditor CitiMortgage Inc. kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Semoune L Ellis
    on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Ernie Alfonzo Lee trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Olivia Knox Lee trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11

_____



SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: June 6, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Ernie Alfonzo Lee                                  Case No. 24-01198-JAW
         Olivia Knox Lee, Debtors                                      CHAPTER 13

### ORDER ON MOTION TO WAIVE THE REQUIREMENT TO FILE A CERTIFICATION AND MOTION FOR ENTRY OF DISCHARGE

THIS CAUSE having come on this date on the Joint Debtors' Motion Waive the Requirement to File a Certification and Motion for Entry of Discharge as to Debtor Ernie Alfonso Lee only (DK # 71), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Waive the Requirement to File a Certification and Motion for Entry of Discharge as to Debtor Ernie Alfonso Lee only is granted.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
ATTORNEY FOR DEBTOR