**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Ernie Alfonzo Lee**                          **Case No. 24-01198-JAW**
            **Olivia Knox Lee, Debtor**                     **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $1,333.00 | $23.00 | $1,356.00 | 31 | 7/23/2024 |
| $5,031.50 | $115.05 | $5,146.55 | 60 | 11/20/2024 |
| $2,098.50 | $149.40 | $2,247.90 | n/a | n/a |
| $8,463.00 | $287.45 | $8,750.45 | | |



# INVOICE

Invoice # 6533
Date: 06/17/2024
Due On: 07/17/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Ernie Alfonzo Lee and Olivia Knox Lee
6026 Hanging Moss Rd.
Jackson, MS

### 05372-Lee Ernie Alfonzo Lee and Olivia Knox

### Ch 13 hourly - Ernie **Complex BK Foreclosure 4/26** **no e-sign - Byron signs on behalf of Olivia** $1,143.50 HELD IN TRUST

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | VM | 05/22/2024 | Reviewed and scanned documents to BM | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/22/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | JAC | 05/22/2024 | draft and file M Waive CCC for joint-debtor | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/22/2024 | Draft M Appoint personal rep, send to TR to review & file | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/22/2024 | Contact Debtor (Text/Email): Draft text to debtor informing that their case has been filed; provided their chapter 13 case number | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/22/2024 | Drafted Fax to Ernie Miller with the Notice of Filing | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/22/2024 | Call Debtor: Reviewed email stating that the fax to Alonzo Wright was unsuccessful; telephone conference with debtor's sister; she provided me with Mr. Wright's phone number; telephone conference with Alonzo wright stated he does not have a fax machine anymore but provided me with an email address; drafted email to Mr. Wright with the Notice of Filing | 0.30 | $155.00 | $46.50 |
| Service | TR | 05/22/2024 | Review and revise Motion to Appoint | 0.30 | $360.00 | $108.00 |

| | | | Personal Representative drafted by JAC | | | |
|---|---|---|---|---|---|---|
| Service | KR | 05/22/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to explain direct payment responsibility to client.: Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to explain direct payment responsibility to client. | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/22/2024 | Contact Debtor (Text/Email): Drafted email to debtor providing information on what to/ expect after filing a chapter 13 | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/23/2024 | Reviewed email memo from BB re: Affidavit; merged Affidavit with client documents; drafted email memo to TR re: 2nd Affidavit | 0.10 | $155.00 | $15.50 |
| Service | TR | 05/24/2024 | Review: 24-01198-JAW Meeting of Creditors Chapter 13 Document# 11 | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/24/2024 | Review: 24-01198-JAW Order Upon Debtor Directing Payments to Trustee Document #12 | 0.10 | $360.00 | $36.00 |
| Service | BB | 05/24/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing them of their plan payment due date. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/28/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $360.00 | $108.00 |
| Service | KR | 05/28/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Expense | BB | 05/28/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $23.00 | $23.00 |
| Expense | BB | 05/28/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $23.00 | $23.00 |
| Service | KR | 05/28/2024 | Reviewed Declaration of Mailing Notice of Plan received from Certificate of Service and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 05/29/2024 | Review: Proof of Claim 24-01198-JAW TRUSTMARK NATIONAL BANK Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/29/2024 | Review: Proof of Claim 24-01198-JAW CARMAX AUTO FINANCE Document # 1 | 0.20 | $360.00 | $72.00 |

Invoice # 6533 - 06/17/2024

| Service | TR | 05/29/2024 | Review: 24-01198-JAW Hearing Set Document# 16 | 0.10 | $360.00 | $36.00 |
|---------|----|-----------|-----------------------------------------------|------|---------|--------|
| Service | TR | 05/29/2024 | Review: 24-01198-JAW Hearing Set Document# 15 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/29/2024 | Review 2nd affidavit from Dr. re capacity | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/29/2024 | Review and organize documents provided by debtor: Reviewed schedule I/J for sources of income and financial accounts; reviewed all bank statements for 4 accounts, pay advices, taxes and identification for the Meeting of Creditors; created list of missing documents; created task for VM to follow up on the missing bank statements and pay advices. | 0.30 | $155.00 | $46.50 |
| Service | BB | 05/30/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing them of their date, location, and time of their meeting of creditors. Inquired if there is anyone else I should send the information to. Informed her of all who must attend. | 0.10 | $100.00 | $10.00 |
| Service | VM | 05/30/2024 | Call Debtor: Phone conference with debtor, asking for additional documents we need for Trustee. Drafted email as well per client's request. | 0.20 | $100.00 | $20.00 |
| Service | TR | 05/31/2024 | Review: 24-01198-JAW Notice of Appearance Document# 18 | 0.10 | $360.00 | $36.00 |
| Service | BB | 05/31/2024 | Contact Debtor (Text/Email): Reviewed text from debtor confirming their appointment for in office. | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/03/2024 | Call Debtor: Phone conference with debtor about missing documents we are needing from them. | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/04/2024 | Called debtors to inform them that they may need to attend the hearing scheduled for 6/17. | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/04/2024 | Contact Debtor (Text/Email): Drafted email to debtors with copy of Hearing Notice and included date, time, location of Hearing | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/05/2024 | Review Mail: Reviewed and organized Notice of Account Address Change received from Wells Fargo via mail | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/05/2024 | Review and organize documents provided by debtor: Reviewed and organized documents that were sent to me, uploaded in Trustee folder, sent emailed to aware of other missing documents | 0.30 | $100.00 | $30.00 |

| Service | KAR | 06/07/2024 | Review Mail: Reviewed Mortgage Assistance Application received from Shellpoint via mail | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | KAR | 06/07/2024 | Contact Debtor (Text/Email): Drafted email to debtor including Mortgage Assistance Application from Shellpoint | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/07/2024 | Call Debtor: Contacted debtor to remind her of documents we were missing, also drafted an email to send as a reminder. | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/14/2024 | Review: 24-01198-JAW Order on Motion for Exemption or Waiver from Credit Counseling Document #21 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/14/2024 | Review: 24-01198-JAW Order on Generic Motion Document #22 | 0.10 | $360.00 | $36.00 |
| Service | BM | 06/17/2024 | Incoming Call: Call from debtors to confirm if they need to attend hearing that is today, relayed to them that the Order was entered on 6/14/24 and they no longer need to attend. | 0.20 | $100.00 | $20.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.1 | $360.00 | $396.00 |
| Thomas Rollins | | Attorney | 1.5 | $360.00 | $540.00 |
| Brooke Brueland | | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Vanessa Martinez | | Non-Attorney | 0.8 | $100.00 | $80.00 |
| Breanne McDaniel | | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Kirsten Raimey | | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Kerri Rodabough | | Non-Attorney | 1.4 | $155.00 | $217.00 |
| | | | | **Total** | **$1,379.00** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6441 | 06/20/2024 | $2,856.50 | $0.00 | $2,856.50 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6533 | 07/17/2024 | $1,379.00 | $0.00 | $1,379.00 |
| | | | Outstanding Balance | $4,235.50 |
| | | | Total Amount Outstanding | $4,235.50 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 7101
Date: 10/21/2024
Due On: 11/20/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Ernie Alfonzo Lee and Olivia Knox Lee

## 05372-Lee Ernie Alfonzo Lee and Olivia Knox

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 06/17/2024 | Review and organize documents provided by debtor: Reviewed, organized and prepared bank statements for 4 accounts, identification, pay advices and taxes for upload to the Trustee's website for the Meeting of Creditors | 0.30 | $155.00 | $46.50 |
| Service | KR | 06/17/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/17/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for expense and attorney fees; drafted 1st Application for Compensation; drafted email memo to JAC re: review 1st Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | KR | 06/18/2024 | Reviewed email memo from JAC re: First Application for Compensation; prepared the First Application for Compensation, the invoice and the 21 day Notice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/18/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |

| Service | JAC | 06/21/2024 | review email from TT office re: conf order. Review order, sign & return | 0.20 | $360.00 | $72.00 |
|---------|-----|------------|-------------------------------------------------------------------------|------|---------|--------|
| Service | BB | 06/21/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed epiq website and determined a payment has not been received by the Trustee. | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/24/2024 | Attend Ch 13 Meeting of Creditors | 0.50 | $360.00 | $180.00 |
| Service | TR | 06/24/2024 | Review: 24-01198-JAW Notice of Appearance Document# 27 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/24/2024 | Call w/ Eileen Shaffer to discuss settlement terms | 0.10 | $360.00 | $36.00 |
| Service | BM | 06/26/2024 | Reviewed epiq website and determined first plan payment has been received by the Trustee. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/27/2024 | Prepared the Amended Application for Compensation and invoice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/27/2024 | Review email from debtor: Reviewed email from debtor requesting a call back and a court summons for eviction; called debtor left message; drafted email and text requesting a call back to discuss the situation | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/27/2024 | Review and respond to email memo from KR re: eviction summons and complaint Δ recieved | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/27/2024 | Draft email to Eileen re: eviction summons received by client | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/27/2024 | Review: Proof of Claim 24-01198-JAW Wells Fargo Bank, N.A. Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/27/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Amended Application for Compensation, invoice and the Proposed Order for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/27/2024 | Call w/ Eileen re: eviction hearing | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/28/2024 | Call w/ client's sister to discuss settlement discussion w/ OC | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/01/2024 | Review email from debtor: Reviewed email from debtor's sister requesting a call back; telephone confrence with Angela the debtor's sister stated that they will have the funds needed by the end of the week that | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | was requested, but it is coming from 3 different people. She wants to know how they need to send it. Can they do a wire transfer or do they need to send a bank check? If it is a bank check it will take about 2 weeks due to sending it to one person and then issuing a bank check directly to us; drafted email memo to TR re: receiving of funds | | | |
| Service | TR | 07/02/2024 | Review and respond to email memo from KR: re: questions from client's sister about how to send funds for settlement with Alphonzo | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/02/2024 | Call Debtor: Reviewed email memo from TR re: funds for settlement; telephone conference with debtor's sister explained she can wire the funds for the settlement but we need to wait for the exact amount; Alonzo has not agreed to the terms yet but we will reach out once he does | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/02/2024 | Review: Proof of Claim 24-01198-JAW Alphonso Wright Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/02/2024 | Review: Proof of Claim 24-01198-JAW American Express National Bank Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/03/2024 | Review email from TT re: Alphonzo claim - draft email to Eileen for clarification | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/08/2024 | Review email from debtor: Reviewed email from debtor's sister requesting an update on the amount they need to provide for the settlement; drafted email memo to TR re: amount of settlement | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/10/2024 | Review: Proof of Claim 24-01198-JAW Cenlar FSB Document # 6 | 0.20 | $360.00 | $72.00 |
| Service | KR | 07/11/2024 | Review email from debtor: Reviewed email from debtor's sister asking for an update on the Meeting of Creditors that happened and asked for the attorney to reach out about the settlement since they will be in town next week; drafted email to debtor informing her the Meeting of Creditor's seemed to have wen well and there were no issues from the Meeting; drafted email memo to TR re:settlement amount | 0.20 | $155.00 | $31.00 |
| Service | TR | 07/11/2024 | Call w/ client's sister w/ update on settlement negotiation status | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/15/2024 | Review email from debtor: Reviewed email | 0.10 | $155.00 | $15.50 |

| | | | from debtor's sister requesting the wiring information for the settlement amount; drafted email memo to TR re: wiring information | | | |
|---|---|---|---|---|---|---|
| Service | TR | 07/18/2024 | Draft Motion to Approve Settlement | 1.80 | $360.00 | $648.00 |
| Service | TR | 07/18/2024 | Draft email to Eileen with draft settlement agreement | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/18/2024 | Call Debtor: Reviewed memo from VM stating that the debtor would like a call back; telephone conference with debtor; wanted to verify the wire of $16,000 was received yesterday; she is planning to bring in 2 cashier's checks tomorrow to pay the remaining amount; drafted email memo to TR re: settlement funds | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/19/2024 | Call w/ Debtor's sister regarding arrangements to pay settlement funds into Trust | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/22/2024 | Draft Promissory Note | 0.80 | $360.00 | $288.00 |
| Service | TR | 07/22/2024 | Draft Deed of Trust | 0.90 | $360.00 | $324.00 |
| Service | TR | 07/22/2024 | Revise proposed Motion to Approve Agreement to add approval of debt and security interest | 0.50 | $360.00 | $180.00 |
| Service | TR | 07/24/2024 | Review: 24-01198-JAW Order on Application for Compensation Document# 31 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/25/2024 | Review: Proof of Claim 24-01198-JAW Resurgent Receivables, LLC Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/30/2024 | Review: Proof of Claim 24-01198-JAW Resurgent Receivables, LLC Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/30/2024 | Review: Proof of Claim 24-01198-JAW US Bank, et al Document # 9 | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/31/2024 | Email to Eileen to check on status of Motion/Order approval | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/31/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/01/2024 | Review and respond to email from TT re: status of Alphonzo Wright claim | 0.30 | $360.00 | $108.00 |
| Service | TR | 08/02/2024 | Review email from Eileen Shaffer re: settlement | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/02/2024 | Call with client's sister to update on case | 0.20 | $360.00 | $72.00 |

| | | | and make arrangements for siblings to sign the agreement and get a copy of the warranty deed | | | |
|---|---|---|---|---|---|---|
| Service | TR | 08/02/2024 | Make Eileen's requested revision to the agreement | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/02/2024 | Revision of note, DOT and proposed agreed order to add legal description and format order to so that signatures and the last few lines of the order are on the same page | 0.40 | $360.00 | $144.00 |
| Service | TR | 08/02/2024 | Call w/ Semoune to discuss proposed agreed order re: alphonso wright | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/02/2024 | Review: 24-01198-JAW 30 Day Notice to File Written Objection or Response Document# 34 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/02/2024 | Review: 24-01198-JAW Objection to Claim Document# 33 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/05/2024 | Meeting w/ clients to sign Settlement Docs. | 0.50 | $360.00 | $180.00 |
| Service | VM | 08/05/2024 | Scanned signed settlement documents and uploaded | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/06/2024 | Review email from Attorney: Reviewed email memo from attorney re: document needed signed; added debtor's 3 brother's contact information into clio; drafted email to all 3 brother's with the document to sign | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/07/2024 | Reviewed the Motion that needs to be signed and all signatures that have been completed; drafted email to Angela informing her we are waiting on 1 signature | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/08/2024 | Review: 24-01198-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 36 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/08/2024 | Incoming Call: Telephone conference with debtor's sister about one of the brother's still not receiving the motion to sign; three way call with the brother who still needed to sign; drafted email to debtor with motion to sign again | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/08/2024 | Reviewed signed Motion by all of debtor's brother; drafted email memo to TR re:Motion | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/09/2024 | Review email memo from KR w/ agreement signed by clients and siblings - draft email to Eileen to obtain her client's signature | 0.20 | $360.00 | $72.00 |

| Service | TR | 08/12/2024 | Review: 24-01198-JAW Hearing (Bk Other) Set Document# 38 | 0.10 | $360.00 | $36.00 |
|---------|----|-----------|---------|------|---------|--------|
| Service | KR | 08/12/2024 | Review email from debtor: Reviewed email from debtor's sister about the mortgage payments; drafted email memo to TR re: Mortgage payments | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/13/2024 | Review and respond to email memo re: whether client needs to continue paying mortgage direct of it is in plan now | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/28/2024 | Review file - draft follow up email to Eileen | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/04/2024 | Review: 24-01198-JAW Order Regarding Objection to Claim Document# 40 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/04/2024 | Review signed agreement by Alphonzo Wright provided by Eileen | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/04/2024 | Draft email to TT re: obtaining signature on agreement | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/04/2024 | Review TT approval of order, compile final order and upload to court | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/06/2024 | Review: 24-01198-JAW Order on Motion for Approval of an Agreement Re: 4001(d) Document# 41 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 09/09/2024 | Amend Plan - update treatment for shellpoint, alphonso wright | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/10/2024 | Meeting with Alphonzo Wright to execute Deed, Affidavit and disburse funds | 0.20 | $360.00 | $72.00 |
| Service | KR | 09/11/2024 | Reviewed signed amended plan from debtor; reviewed Secretary of State's website for registered agent; reviewed court docket for proof of claims for address for creditors; drafted Notice of Modified Plan; drafted email memo to JAC re: review notice of Modified Plan | 0.30 | $155.00 | $46.50 |
| Service | TR | 09/11/2024 | Prepare Deeds and file electronically w/ Chancery Clerk | 0.40 | $360.00 | $144.00 |
| Service | JAC | 09/12/2024 | review & revise drafted notice | 0.20 | $360.00 | $72.00 |
| Service | KR | 09/12/2024 | Review email from Attorney: Reviewed email memo from JAC re: Notice of Modified Plan; reviewed proof of claim filed by creditor; revised notice to include attorney for creditor from proof of claim; prepared the Notice and the Modified Plan for upload to Certificate of Service | 0.30 | $155.00 | $46.50 |
| Service | KR | 09/12/2024 | Received and reviewed the Declaration of | 0.20 | $155.00 | $31.00 |

| | | | Mailing from Certificate of Service; prepared the modified plan and the 30 day Notice with the Declaration of Mailing attached for upload to the court | | | |
|---|---|---|---|---|---|---|
| Service | TR | 09/23/2024 | Review: 24-01198-JAW Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 46 | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/03/2024 | Review and respond to email memo: Reviewed email from VM re: Deed; drafted email to VM informing her to call the debtor's sister to verify address for the deed. | 0.10 | $155.00 | $15.50 |
| Service | TR | 10/10/2024 | Review: 24-01198-JAW Objection to Confirmation of the Plan Document# 47 | 0.20 | $360.00 | $72.00 |
| Service | TR | 10/16/2024 | Review: 24-01198-JAW Hearing Set Document# 49 | 0.10 | $360.00 | $36.00 |
| **Non-billable services** | | | | | | |
| Service | JAC | 06/18/2024 | Review fee app drafted by KR - send back email with trust funds missing from app | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | JAC | 06/18/2024 | Make changes to the 1st fee application drafted by KR to include amounts in the Trust account and permission to apply trust funds | ~~0.20~~ | ~~$360.00~~ | ~~$72.00~~ |
| Service | KAR | 06/20/2024 | Review Mail: Reviewed and organized letter received from Shellpoint | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | KAR | 06/20/2024 | Contact Debtor (Text/Email): Drafted email to debtor including letter from Shellpoint | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | KR | 06/27/2024 | Incoming Call: Telephone conference with debtor's sister stating she would like an updated on the hearing that was on Monday and also the reversal of the deed; she stated they received an eviction notice on the door yesterday or Tuesday she was not sure; she just found out about it yesterday; drafted email memo to TR re:eviction notice | ~~0.20~~ | ~~$155.00~~ | ~~$31.00~~ |
| Service | KR | 06/27/2024 | Call Debtor: Reviewed message from TR re: court hearing; telephone conference with debtor about the hearing informing them they do not have to attend; scheduled phone conference with debtor's sister and the attorney tomorrow at 1pm | ~~0.20~~ | ~~$155.00~~ | ~~$31.00~~ |
| Service | TR | 07/08/2024 | Review email memo from KR re: Δ sister requesting update, review email history, drafted response email | ~~0.20~~ | ~~$360.00~~ | ~~$72.00~~ |

| Service | KR | 07/08/2024 | Review email from Attorney: Reviewed email memo from TR re: settlement; drafted email to debtor's sister informing her the attorney emailed them 5 days ago and still waiting for response but it was over a holiday; we will let her know once we have an update | 0.10 | $155.00 | $15.50 |
|---------|-----|------------|-----|------|---------|--------|
| Service | VM | 07/18/2024 | Incoming Call: Debtor called to speak with TR, TR was unavailable at the time, so I took a message and drafted a email to TR | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/19/2024 | In-Office Conference: Debtor's sister came to leave a payment, answered questions and make copies off all receipts and checks. | 0.30 | $100.00 | $30.00 |
| Service | VM | 07/19/2024 | Call Debtor: Phone conference with debtor to inform her there is a remaining balance for the settlement | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/19/2024 | Call Debtor: Called debtor to inform her we sent a email so she can pay the remaining balance. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/19/2024 | Incoming Call: Phone conference with debtor asking for vm. Transferred call to vm. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/19/2024 | Incoming Call: Debtor called to make a payment, there seemed to have been a glitch with clio so I talked to GM and she then proceeded to tell me to speak TR and to call client back later. Talked to TC about situation | 0.30 | $100.00 | $30.00 |
| Service | VM | 07/19/2024 | Call Debtor: Called debtor's sister to make payment | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/23/2024 | Review Mail: Reviewed and organized letter received from Citi | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/23/2024 | Contact Debtor (Text/Email): Drafted email to debtor including letter received from Citi | 0.10 | $100.00 | $10.00 |
| Service | VM | 08/02/2024 | Scheduled an in office meeting so debtors can sit with TR and sign settlement documents | 0.10 | $100.00 | $10.00 |
| Service | VM | 08/05/2024 | Administrative - non-billable work: Prepared coffee and water for signing | 0.20 | $100.00 | $20.00 |
| Service | KR | 08/13/2024 | Contact Debtor (Text/Email): Reviewed email memo from TR re: mortgage payments; drafted email memo to debtor's sister informing her that they need to pay the mortgage payment until we inform them to stop | 0.10 | $155.00 | $15.50 |

| Service | VM | 08/14/2024 | Administrative - non-billable work: Assisted TR file Settlement docs for debtors. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/16/2024 | Review Mail: Reviewed and organized a letter received from Citi via mail | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/16/2024 | Contact Debtor (Text/Email): Drafted email to debtor including a letter from Citi | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/19/2024 | Review Mail: Reviewed and organized a letter received from Shellpoint via mail | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/19/2024 | Contact Debtor (Text/Email): Drafted email to debtor including a letter received from Shellpoint | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/21/2024 | Review Mail: Reviewed and organized a packet received from Shellpoint via mail | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/21/2024 | Contact Debtor (Text/Email): Drafted email to debtor including the packet received from Shellpoint | 0.10 | $100.00 | $10.00 |
| Service | KR | 09/10/2024 | Call Debtor: Telephone conference with debtor's sister about the amended plan the debtor's need to sign; created appointment time for our Jackson office after conference call with everyone who is involved in bringing them in | 0.20 | $155.00 | $31.00 |
| Service | VM | 09/10/2024 | Administrative - non-billable work: KR called regarding appointment today. She gave me instructions. I then assisted SA with instructions. | 0.20 | $100.00 | $20.00 |
| Service | SA | 09/10/2024 | In-Office Conference: Debtors came in and signed amended plan; scanned and uploaded to matter. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/25/2024 | Review Mail: Reviewed and organized a letter received from Shellpoint via mail | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/25/2024 | Contact Debtor (Text/Email): Drafted email to debtor including the tetter received from Shellpoint | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/03/2024 | Incoming Call: Phone conference with someone about the debtors deed. Transferred call to vm. | 0.10 | $100.00 | $10.00 |
| Service | VM | 10/03/2024 | Incoming Call: Latonya from Hinds County Tax Assessor office called to verify mailing and physical address of debtors house on deed. Drafted memo to KR, to confirm | 0.20 | $100.00 | $20.00 |
| Service | VM | 10/08/2024 | Call Debtor: Attempted to call debtor regarding address verification for Hinds County Tax Assessor office, no response. | 0.10 | $100.00 | $10.00 |

Invoice # 7101 - 10/21/2024

| | | | Left voicemail | | | |
|---|---|---|---|---|---|---|
| Service | KR | 10/08/2024 | Review and respond to email memo: Reviewed email memo from VM re: address for tax assessor; drafted email memo to VM informing her if she has provided the tax assessor the correct address there is nothing further she will have to do | 0.10 | $155.00 | $15.50 |
| Service | VM | 10/08/2024 | Incoming Call: Debtor called to return voicemail I left, confirmed address of deed | 0.10 | $100.00 | $10.00 |
| Service | VM | 10/08/2024 | Phone conference with Hinds County Tax Assessor Office, confirmed debtors address on deed | 0.10 | $100.00 | $10.00 |

**Services Subtotal**    **$5,031.50**

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/18/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $36.52 | $36.52 |
| Expense | 06/27/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $35.76 | $35.76 |
| Expense | 08/07/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $37.20 | $37.20 |
| Expense | 09/12/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $5.57 | $5.57 |

**Expenses Subtotal**    **$115.05**

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 1.4 | $360.00 | $504.00 |
| | Thomas Rollins | Attorney | 10.9 | $360.00 | $3,924.00 |
| | Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Vanessa Martinez | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Breanne McDaniel | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Kerri Rodabough | Non-Attorney | 3.7 | $155.00 | $573.50 |
| | | | | **Subtotal** | **$5,146.55** |
| | | | | **Total** | **$5,146.55** |

Invoice # 7101 - 10/21/2024

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6533 | 07/17/2024 | $1,379.00 | $0.00 | $1,379.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7101 | 11/20/2024 | $5,146.55 | $0.00 | $5,146.55 |

| | |
|---|---|
| Outstanding Balance | $6,525.55 |
| Total Amount Outstanding | $6,525.55 |



# INVOICE

Invoice # 7971
Date: 06/03/2025
Due On: 07/03/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Ernie Alfonzo Lee and Olivia Knox Lee

## 05372-Lee Ernie Alfonzo Lee and Olivia Knox

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 10/21/2024 | Review file and draft email to Karen Maxcy re: settlement of objection to confirmation | 0.20 | $360.00 | $72.00 |
| Service | KR | 10/22/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for expense and attorney fees; reviewed court docket for previous orders; drafted 2nd Application for Compensation, 21 day Notice and the Proposed Order; drafted email memo to TR re: review 2nd Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 10/22/2024 | Review and approve fee app drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/23/2024 | Prepared the Application for Compensation, the 21 day Notice and the invoice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/23/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | CO | 10/24/2024 | Incoming Call: Phone conference with debtor's sister regarding mortgage payment recently included in debtor's bankruptcy. Since she is the one | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | paying the mortgage she wanted to know where and how to resume payments. Advised to save the mortgage payment this month to put it towards the trustee payment next month. | | | |
| Service | TR | 10/31/2024 | Review and respond to settlement proposal email from Karen Maxcy | 0.10 | $360.00 | $36.00 |
| Service | TR | 10/31/2024 | Call w/ client to explain that escrow will be removed from mortgage and all taxes and insurance must be paid directly going forward | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/08/2024 | Review and sign proposed AO by email | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/19/2024 | Review: 24-01198-JAW Amended Order Upon Debtor Directing Payments to Trustee Document# 59 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/19/2024 | Review: 24-01198-JAW Order Confirming Chapter 13 Plan Document# 55 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/19/2024 | Review: 24-01198-JAW Order on Objection to Confirmation Document# 54 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/19/2024 | Review letter from TT re: plan payment change | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/21/2024 | Review: 24-01198-JAW Order on Application for Compensation Document# 60 | 0.10 | $360.00 | $36.00 |
| Service | VM | 01/21/2025 | Incoming Call: Debtor called to inform us of the passing of Ernie Lee, gathered all details, drafted email to KR. | 0.20 | $100.00 | $20.00 |
| Service | VM | 01/21/2025 | Debtor inquired over the phone about trustee payments to determine if they're falling behind, after reviewing, they did have a delinquent amount, debtor asked why and at the time I could not determine why, informed her I would send an email to paralegal to determine. After doing further research once off the phone, I believe I had determined why, drafted email to paralegal for confirmation | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/21/2025 | Reviewed two email memos from VM re: passing of debtor; telephone conference with VM informing her of | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | the information needed to file a Suggestion of Death | | | |
| Service | VM | 01/21/2025 | Call Debtor: Phone conference with Angela to confirm her full name and relationship to deceased debtor, Ernie. Confirmed details. Inquired about whether they are wanting to keep case opened, she requested she speak with attorney about this matter as she is not confident on next best step. Drafted email to KR. Also informed her on how their case had fallen into delinquency, she said she understood and would get caught up soon | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/22/2025 | Review and respond to email memo: Reviewed email memo from VM with the all the details for the Suggestion of Death; the sister of the debtor would like to set up a meeting with the attorney to go over the options of keeping the case open or getting it dismissed; drafted email memo to TR re: debtor passing | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/23/2025 | Review email from Attorney: Reviewed email memo from TR re: debtor's passing; drafted email memo to VM informing her to schedule an appointment for the attorney to speak with the debtor's sister | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/03/2025 | Reviewed previous task for the rescheduling of the meeting with the attorney to discuss keeping the case open since the debtor has passed for the Suggestion of Death | 0.10 | $0.00 | $0.00 |
| Service | VM | 02/03/2025 | Call Debtor: Phone conference with debtor to confirm they received zoom link | 0.10 | $100.00 | $10.00 |
| Service | VM | 02/04/2025 | Incoming Call: Attempted to call debtor to reschedule meeting with The Lee's, no response. Debtor called back so we rescheduled. | 0.10 | $100.00 | $10.00 |
| Service | VM | 02/12/2025 | Incoming Call: Angela called to inquire if TR could join zoom earlier, informed her as of right now, no due to him being in court meeting | 0.10 | $100.00 | $10.00 |
| Service | TR | 02/12/2025 | Video Call w/ clients family to discuss how to proceed after Ernie's death - process to sale house and car and | 0.30 | $360.00 | $108.00 |

| | | | pay off bankruptcy case | | | |
|---|---|---|---|---|---|---|
| Service | KR | 02/18/2025 | Drafted Suggestion of Death since the debtor has passed; drafted email memo to TR re: review Suggestion of Death | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/19/2025 | Review email from Attorney: Reviewed email memo from TR re: Suggestion of Death; revised Suggestion of Death; drafted email memo to TR re: review revised Suggestion of Death | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/21/2025 | Review and approve suggestion of death drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | JC | 02/21/2025 | Reviewed e-mail memo from TR approving Suggestion of Death; prepared same form filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 02/24/2025 | Email w/ TT re: clarification on suggestion of death | 0.10 | $360.00 | $36.00 |
| Service | JC | 02/27/2025 | Reviewed letter from Shellpoint received in the mail; drafted e-mail to KAR attaching same. | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/06/2025 | Reviewed email memo from SA re: Death Certificate; merged Death Certificate with existing client documents | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/07/2025 | Review: 24-01198-JAW Notice of Change of Address Document# 64 | 0.10 | $360.00 | $36.00 |
| Service | VM | 03/07/2025 | Call Debtor: Reviewed email from debtor to give her a call, called debtor and she informed me she is needing to speak with attorney, created task. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/03/2025 | Incoming Call: Telephone conference with the debtor's family member about the insurance proceeds they received from debtor's death; requesting the pay off amount and would like to discuss the options with the attorney | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/03/2025 | Drafted internal message to TR re: payoff and trust advice | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/03/2025 | Message w/ paralegal re: life insurance received and potential payoff of case | 0.10 | $360.00 | $36.00 |
| Service | BM | 04/03/2025 | Drafted Amended B to add insurance policies | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 04/03/2025 | Call Debtor: Reviewed internal message from TR re: insurance proceeds/payoff; telephone conference with family member about the details for the insurance policies; explained not to spend any of the funds; drafted internal message to TR re: insurance policies | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/07/2025 | Drafted follow up email to the Trustee's inquiring about the pay off for the debtor's case | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/07/2025 | Reviewed email from the Trustee's office stating that we should have the payoff amount today for the debtor's case; they are currently analyzing the case | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/07/2025 | Reviewed email from the Trustee's office with the amount of the payoff; drafted internal message to TR re: payoff | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/08/2025 | Call Debtor: Reviewed internal message from TR re: payoff; telephone conference with debtor about the payoff amount and scheduled time to speak with the attorney about her options | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/09/2025 | Reviewed internal message from TR re: amended schedule B; drafted internal message to TR re: signatures for amended schedule B | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/10/2025 | Call Debtor: Telephone conference with debtor's family member signing the amended schedule B | 0.10 | $155.00 | $15.50 |
| Service | CO | 04/10/2025 | Incoming Call: Phone conference with Octavia Poindexter regarding the meeting with the attorney. Reviewed calendar and informed debtor the attorney would be calling at 11:30am. | 0.10 | $0.00 | $0.00 |
| Service | TR | 04/10/2025 | Call w/ Byron to discuss paying off bankruptcy | 0.20 | $360.00 | $72.00 |
| Service | KR | 04/10/2025 | Telephone conference with POA about the amended B that needs to be signed; created appointment time for them to come in and sign; drafted email memo to SA and GM about the amended B signing | 0.20 | $0.00 | $0.00 |
| Service | KR | 04/11/2025 | Review and respond to email memo: | 0.10 | $155.00 | $15.50 |

| | | | Reviewed memo from GM re: amended schedule B; drafted memo to GM informing her of where the signature needs to be placed | | | |
|---|---|---|---|---|---|---|
| Service | SA | 04/11/2025 | In-Office Conference: Assisted with Amended B signing; uploaded signed schedule to matter | 0.20 | $100.00 | $20.00 |
| Service | KR | 04/16/2025 | Review email from Attorney: Reviewed internal message from TR re: amended B and signatures | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/16/2025 | Prepared the Amended schedule B for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | CO | 04/21/2025 | Incoming Call: Phone conference with Octavia Poindexter regarding pay out payment to trustee and payments made to family members for debts owed. Drafted email memo to KR and VM. | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/21/2025 | Drafted Internal message to TR re: pay off of case | 0.10 | $0.00 | $0.00 |
| Service | JC | 04/23/2025 | Reviewed letter from Shellpoint received via US Mail. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/23/2025 | Drafted Motion to Waive Discharge and Certification for debtor since he has passed; drafted internal message to TR inquiring if I have to do a separate one for the joint debtor to waive Certification due to medical issues | 0.30 | $155.00 | $46.50 |
| Service | KR | 04/25/2025 | Reviewed court docket for previous order and invoices; reviewed Trustee's website to verify amount of attorney's fees paid to date; drafted email memo to Trustee inquiring if any funds were going to be paid towards the balance of the Applications; drafted 1st part of the Lodestar and Final Application for Compensation | 0.60 | $155.00 | $93.00 |
| Service | TR | 04/28/2025 | Review and approve M to Waive Certification and Discharge | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/28/2025 | Reviewed email from Trustee's office about the attorney fees that will be paid at the end of the month. | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/28/2025 | Incoming Call: Telephone conference with Octavia re: Court Notices | 0.10 | $155.00 | $15.50 |

| Service | KR | 05/01/2025 | Reviewed internal message from TR re: Motion to Waive Entry for Discharge and Certification | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | KR | 05/07/2025 | Drafted Motion to Waive Certification for Joint Debtor; drafted email memo to TR re: review Motion | 0.30 | $155.00 | $46.50 |
| Service | KR | 05/07/2025 | Reviewed the Trustee's website to verify amount of attorney fees paid to date; started the drafting of the 2nd part of the Final Application and the Lodestar | 0.30 | $155.00 | $46.50 |
| Service | TR | 05/13/2025 | Review and request revisions to M to Waive Certification and Discharge | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/14/2025 | Reviewed internal message from TR re: Motion to Waive finance course; revised Motion; prepared the Motion and the Proposed Order for upload to the court | 0.30 | $155.00 | $46.50 |
| Service | KR | 05/14/2025 | Prepared the Motion to Waive Discharge and Certification for Ernie for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 05/14/2025 | Call Debtor: Drafted Entry for Discharge; telephone conference with joint debtor's POA about the signing the Entry for Discharge; created appointment for signing. | 0.30 | $155.00 | $46.50 |
| Service | SA | 05/14/2025 | In-Office Conference: Obtained signature from POA on discharge document; uploaded to matter in motions folder; drafted memo to KR to advise | 0.20 | $100.00 | $20.00 |
| Service | KR | 05/15/2025 | Reviewed signed Entry for Discharge; revised Discharge with all signatures; drafted internal message to TR re: review Entry for Discharge | 0.20 | $155.00 | $31.00 |
| Service | JAC | 05/16/2025 | Review: 24-01198-JAW Hearing Set Document# 73 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/16/2025 | Review: 24-01198-JAW Hearing Set Document# 72 | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/20/2025 | Revised dates and signatures on the Entry for Discharge; drafted email memo to JAC re: review Entry for Discharge | 0.20 | $155.00 | $31.00 |
| Service | JAC | 05/20/2025 | review & revise drafted motion prepared by KR | 0.10 | $360.00 | $36.00 |

Invoice # 7971 - 06/03/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 05/20/2025 | Reviewed email memo from JAC re: Discharge; revised the Entry for Discharge; prepared the Discharge for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 05/22/2025 | review email from creditor attorney for medical debt w/ST Doms confirming it was listed in bk, Reviewed schedules & it was listed, responded back with same | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/27/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Entry for Discharge with the Declaration of Mailing for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 05/27/2025 | Administrative - non-billable work: Reviewed and revised all new ecf filings with the correct docket entry; merged all new ecf filings with existing ecf filings | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$2,098.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/23/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $61.50 | $61.50 |
| Expense | 10/23/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $61.50 | $61.50 |
| Expense | 05/21/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $26.40 | $26.40 |
| | | | **Expenses Subtotal** | | **$149.40** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.6 | $360.00 | $216.00 |
| Thomas Rollins | | Attorney | 2.1 | $360.00 | $756.00 |
| Shaton Andrews | | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Jacki Curry | | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Jacki Curry | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Vanessa Martinez | | Non-Attorney | 0.8 | $100.00 | $80.00 |
| Breanne McDaniel | | Non-Attorney | 0.2 | $155.00 | $31.00 |

Invoice # 7971 - 06/03/2025

| | | | | |
|---|---|---|---|---|
| Clara Ortega | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Clara Ortega | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 6.0 | $155.00 | $930.00 |
| Kerri Rodabough | Non-Attorney | 0.7 | $0.00 | $0.00 |
| | | | **Subtotal** | **$2,247.90** |
| | | | **Total** | **$2,247.90** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6533 | 07/17/2024 | $1,379.00 | 0.00 | $1,379.00 |
| 7101 | 11/20/2024 | $5,146.55 | 0.00 | $5,146.55 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7971 | 07/03/2025 | $2,247.90 | 0.00 | $2,247.90 |
| | | | **Outstanding Balance** | **$8,773.45** |
| | | | **Total Amount Outstanding** | **$8,773.45** |